**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 11, 2020

SO ORDERED

MAY 1 1 2020 The conference is adjourned
from May 12, 2020 to July 21,
2020 at 10:00 a.m.

*[signature]*
HON. GEORGE B. DANIELS

**BY ECF**
The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl St
New York, New York 10007

Re: *United States* v. *Cantabile Jones, et al.*, 17 Cr. 674 (GBD)

Dear Judge Daniels:

On or about March 24, 2020, this Court issued a summons in connection with a violation of supervised release in the above captioned matter. A conference was scheduled for May 12, 2020 at 10:00 a.m. As a result of the COVID-19 pandemic, the Government respectfully requests that the Court adjourn the conference until July 14 or 21, 2020. This is the Government's first request for an adjournment.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: *[signature]*

Michael C. McGinnis
Assistant United States Attorney
(212) 637-2305

cc:     Counsel of Record (by ECF)