**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------

UNITED STATES OF AMERICA,

                 Plaintiff,

-against-

CANTABILE JONES,

                 Defendant.

------------------------------------ x

ORDER

17 Crim. 674 (GBD)

OCT 13 2020

GEORGE B. DANIELS, United States District Judge:

The October 13, 2020 status conference is adjourned to October 14, 2020 at 11:00 a.m.

Dated: New York, New York
      October 13, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge